UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Anthony G. Bryant, | ) | Case No. 2:19-cv-2330-MBS-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| South Carolina Department of Transportation, South Carolina Department of Commerce, Secretary of Trade of South Carolina, and South Carolina Department of Education, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Anthony G. Bryant has filed a civil action. He is proceeding *pro se*, and he seeks permission to proceed *in forma pauperis* ("IFP"). (Dkt. No. 3.)

Plaintiff has a history of filing frivolous cases while proceeding IFP. Consequently, last year this Court entered a pre-filing injunction against Plaintiff pursuant to *Graham v. Riddle*, 554 F.2d 133, 134-135 & n.* (4th Cir. 1977). *See Bryant v. U.S. Dep't of Interior*, No. 2:18-cv-2593-MBS, 2018 WL 5255009, at *1 (D.S.C. Oct. 22, 2018), *aff'd sub nom. Bryant v. U.S. Dep't of Educ.*, 764 F. App'x 344 (4th Cir. 2019), *pet. for cert. docketed* (May 14, 2019). In keeping with that injunction, the Court has since denied Plaintiff IFP status in a subsequent case. *See Bryant v. U.S. Army Corps of Eng'rs*, No. 2:18-cv-3037-MBS (D.S.C. Nov. 28, 2018), *aff'd*, 754 F. App'x 206 (4th Cir. 2019), *cert. denied*, No. 18-8905, 2019 WL 1767167 (U.S. June 24, 2019).

The injunction requires Plaintiff to pay the full filing fee before he may proceed with a civil action.[1]  If he pays the full filing fee within fifteen days of this order, this case will proceed to initial review.  If he does not, this civil action will be summarily dismissed.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

September 5, 2019

Charleston, South Carolina

---

[1]  The Clerk of Court has assigned a civil action number for docket-control purposes.

2